**FILED**

MAY 28 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

USA,

        Plaintiff,

    v.

D'MONIEYA DESHAUN GREEN,

        Defendant.

Case No. 23-cr-00203-JSW-1

**ORDER FOR RELEASE FROM UNITED STATES MARSHAL CUSTODY**

The defendant is ordered released from the custody of the United States Marshal on May 28, 2026 pursuant to Court ordered modifications of his supervised release. Defendant is ordered to return to the Oakland Probation office by tomorrow, May 29, 2026 at 11:00 am for application of an ankle monitor. A separate order from Probation will follow outlining the modified conditions of release as stated on the record.

**IT IS SO ORDERED.**

Dated: May 28, 2026

AJAY KRISHNAN
United States Magistrate Judge

United States District Court
Northern District of California

Rev. 08-2023